## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

| | |
|---|---|
| Cynthia Brown, | Case No. |
| Plaintiff, | **COMPLAINT FOR DAMAGES UNDER THE FAIR DEBT COLLECTION PRACTICES ACT AND OTHER EQUITABLE RELIEF** |
| v. | |
| Assurity Asset Management, LLC, | |
| Defendant. | **JURY DEMAND ENDORSED HEREIN** |

### JURISDICTION AND VENUE

1. Jurisdiction is founded on 28 U.S.C. §1331 pursuant to the Fair Debt Collection Practices Act (FDCPA), 15 U.S.C. §1692.  Venue is proper because a substantial part of the events giving rise to this claim occurred in this judicial district.

### FACTS COMMON TO ALL COUNTS

2. Defendant is a "debt collector" as defined by 15 U.S.C. §1692a(6).

3. As described below, Defendant attempted to collect from Plaintiff a "debt" as defined by 15 U.S.C. §1692a(5).

4. Plaintiff is a "consumer" as defined by 15 U.S.C. §1692a(3).

5. On or around August 12, 2010, Defendant's employee ("Brown") telephoned Plaintiff's cellular phone and spoke to Plaintiff's daughter ("Tiffany") who answered the phone.

6. During this communication, Defendant asked for Plaintiff and Tiffany replied that Plaintiff was unavailable.

7. During this communication, Defendant then asked Tiffany to give Plaintiff a message that Plaintiff needed to contact Defendant about a debt that she owed.

8. Defendant violated the FDCPA.

## COUNT ONE

### Violation of the Fair Debt Collection Practices Act

9.  Plaintiff incorporates each of the preceding allegations as if specifically stated herein.

10. Defendant violated 15 U.S.C. §1692c(b) by communicating with a third party in connection

with the collection of the debt without Plaintiff's consent.

## JURY DEMAND

11. Plaintiff demands a trial by jury.

## PRAYER FOR RELIEF

12. Plaintiff prays for the following relief:

   a.  Judgment against Defendant for actual damages, statutory damages, and costs and

   reasonable attorney's fees pursuant to 15 U.S.C. §1692k.

   b.  For such other legal and/or equitable relief as the Court deems appropriate.

RESPECTFULLY SUBMITTED,

Legal Helpers, P.C.
Attorneys for Plaintiff

By: s/Timothy J. Sostrin
    Timothy J. Sostrin
    233 S. Wacker, Suite 5150
    Chicago, IL 60606
    Telephone:  312-753-7576
    Fax: 312-822-1064
    Email:  tjs@legalhelpers.com

    s/ with consent of Lori A. Leigh
    Lori A. Leigh
    17117 W. Nine Mile, Suite 1020
    Southfield, MI 48075
    Telephone: 866-339-1156
    Fax: 248-569-3874
    Email: lal@legalhelpers.com
    Bar # P65423 (Local Counsel)